UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN P. FROELICH,<br><br>       Plaintiff,<br><br>  v.<br><br>SEQUOIA LEISURE HOLDINGS, INC., et al.,<br><br>       Defendants. | No. 09-3095 SC<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REFERRED TO BANKRUPTCY COURT OR <u>STAYED</u> |

On July 2, 2009, this case was transferred from the District of New Jersey. Docket No. 2 ("Memorandum Opinion"); Docket No. 3 ("Order"). Both the Memorandum Opinion and the Order indicate that this case is related to <u>In re Bogar, Inc. dba Happy Vacations</u>, No. 09-53046 (Bankr. N. D. Cal.)("<u>In re Bogar</u>").

The Court ORDERS Plaintiff to show cause why this case should not be referred to the bankruptcy court for this district, <u>see</u> 28 U.S.C. § 157, or in the alternative, stayed pending resolution of <u>In re Bogar</u>. Plaintiff must show cause by filing a brief not to exceed ten (10) pages. The brief shall be due no later than ten (10) calendar days from the date of this order.

///

///

///

///

    Plaintiff's show cause hearing will take place on August 28, 2009, at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

    IT IS SO ORDERED.

August 6, 2009



UNITED STATES DISTRICT JUDGE